IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PMI PHOTOMAGIC, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:99-CV-1356-M |
| v. | § | |
| | § | |
| FOTO FANTASY, INC. d/b/a | § | |
| FANTASY ENTERTAINMENT and | § | |
| AMERICAN PHOTO BOOTHS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JUDGMENT

For the reasons set out in the Court's Findings of Fact and Conclusions of Law dated March 31, 2004, it is **ORDERED, ADJUDGED AND DECREED** as follows:

1. U.S. Patent No. 5,539,453 is declared invalid and unenforceable.

2. Plaintiff shall take nothing on its claims, and its Motion for Injunction is **DENIED**.

3. Defendant Foto Fantasy may recover its taxable costs of court from Plaintiff.

4. Defendant Foto Fantasy's claim for attorneys fees' is **DENIED**.

5. All other relief requested by any party is **DENIED**.

**SO ORDERED** this 31 day of March, 2004.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1